IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-02770-PAB-CYC

SEUNG LEE, Individually and on Behalf of All Others Similarly Situated,

     Plaintiff,

v.

QUANTUM CORPORATION,
JAMES J. LERNER,
KENNETH P. GIANELLA, and
LAURA NASH,

     Defendants.

---

## MINUTE ORDER

---

**Entered by Cyrus Y. Chung, United States Magistrate Judge, on October 29, 2025.**

The parties' Joint Motion to Extend Time for Defendants to Respond to the Complaint and Vacate Scheduling Conference, ECF No. 9, is **GRANTED**. In addition, the Court finds that the defendants have accepted service of process without prejudice and without waiver of any of the defendants' rights, defenses, objections or arguments other than a defense to the sufficiency of service.

It is hereby ORDERED:

- The November 4, 2025 Scheduling Conference is **VACATED**;

- within **fourteen days** of the entry of an order appointing the lead plaintiff and approving the lead counsel, the lead plaintiff and the defendants shall submit to the Court a proposed schedule for filing an amended or consolidated complaint or designating the operative complaint and for briefing on any motion to dismiss or response thereto; and

- the defendants are not required to answer, move, or otherwise respond to the complaint until further order of the Court.