# Exhibit 3

**Quantum Corporation**
**Class Period: November 15, 2024 through August 18, 2025**

| Name | Date Purchased | Shares | Price per share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain | Lookback Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | 9.486667 |
| Son, Hunsu | 12/27/2024 | 10,000 | ($66.39) | ($663,900.00) | | | | | | | | |
| | 1/10/2025 | 10,000 | ($27.80) | ($278,000.00) | | | | | | | | |
| | 2/24/2025 | 10,000 | ($13.65) | ($136,500.00) | | | | | | | | |
| | | 30,000 | | ($1,078,400.00) | | | | | 30,000 | $284,600.00 | ($793,800.00) | |