**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

**Civil Action No**.: 1:25-cv-02770-PAB-CYC

SEUNG LEE, Individually and on Behalf of
All Others Similarly Situated,

Plaintiffs,

v.

QUANTUM CORPORATION,
JAMES J. LERNER,
KENNETH P. GIANELLA, and
LAURA NASH,

Defendants.

---

**DECLARATION OF J. ALEXANDER HOOD II IN SUPPORT OF MOTION OF
CHANDRUAKANTHAN SATHASIVAM FOR APPOINTMENT AS LEAD PLAINTIFF
AND APPROVAL OF LEAD COUNSEL**

---

I, J. Alexander Hood II, hereby declare as follows:

1.      I am a Partner with the law firm of Pomerantz LLP ("Pomerantz"), counsel for Chandruakanthan Sathasivam ("Sathasivam"), and have personal knowledge of the facts set forth herein.  I make this Declaration in support of Sathasivam's motion for appointment as Lead Plaintiff for the Class in the above-captioned action (the "Action") and approval of his selection of Pomerantz as Lead Counsel for the Class.

2.      Attached hereto as Exhibit 1 is a true and correct copy of a chart setting forth Sathasivam's financial interest in this Action.

3.      Attached hereto as Exhibit 2 is a true and correct copy of the press release published via *Business Wire* on September 4, 2025, announcing the pendency of the Action.

4.      Attached hereto as Exhibit 3 is a true and correct copy of a Shareholder Certification executed by Sathasivam.

5.      Attached hereto as Exhibit 4 is a true and correct copy of a Declaration executed by Sathasivam.

6.      Attached hereto as Exhibit 5 is a true and correct copy of the firm resume of Pomerantz.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on November 3, 2025.

*/s/ J. Alexander Hood II*
J. Alexander Hood II

1