# EXHIBIT 1

**Quantum Corporation (QMCO)**
**Class Period: November 15, 2024 to August 18, 2025**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Purchase or Acquire Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | 74-Days* Mean Price $9.4870 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Chandruakanthan Sathasivam | 12/27/2024 | 1,000 | $75.0000 | ($75,000) | | 0 | | $0 | 1,000 | $9,487 | ($65,513) |

*Avg Closing Prices from August 19, 2025 to October 31, 2025