# EXHIBIT 2



Sep 4, 2025 4:14 PM Eastern Daylight Time

# EQUITY ALERT: Rosen Law Firm Files Securities Class Action Lawsuit on Behalf of Quantum Corporation Investors - QMCO

Share       · · ·

NEW YORK--(BUSINESS WIRE)--Rosen Law Firm, a global investor rights law firm, announces that it has filed a class action on behalf of purchasers of securities of Quantum Corporation (NASDAQ: QMCO) between November 15, 2024, and August 18, 2025, inclusive (the "Class Period"). The lawsuit seeks to recover damages for Quantum Corporation investors under the federal securities laws.

To join the Quantum Corporation class action, go to https://rosenlegal.com/submit-form/?case_id=43932 or call Phillip Kim, Esq. toll-free at 866-767-3653 or email case@rosenlegal.com for information on the class action.

According to the lawsuit, Defendants made false and/or misleading statements and/or failed to disclose that: (1) Quantum Corporation improperly recognized revenue during the fiscal year ended March 31, 2025; (2) Quantum Corporation would therefore need to restate its previously filed financial statements for the fiscal third quarter ended December 31, 2024; and (3) as a result, Defendants' statements about its business, operations, and prospects, were materially false and misleading and/or lacked a reasonable basis at all times. When the true details entered the market, the lawsuit claims that investors suffered damages.

A class action lawsuit has already been filed. If you wish to serve as lead plaintiff, you must move the Court **no later than November 3, 2025.** A lead plaintiff is a representative party acting on behalf of other class members in directing the litigation. If you wish to join the litigation, go to https://rosenlegal.com/submit-form/?case_id=43932 or to discuss your rights or interests regarding this class

action, please contact Phillip Kim, Esq. of Rosen Law Firm toll free at 866-767-3653 or via e-mail at case@rosenlegal.com.

NO CLASS HAS YET BEEN CERTIFIED IN THE ABOVE ACTION. UNTIL A CLASS IS CERTIFIED, YOU ARE NOT REPRESENTED BY COUNSEL UNLESS YOU RETAIN ONE. YOU MAY RETAIN COUNSEL OF YOUR CHOICE. YOU MAY ALSO REMAIN AN ABSENT CLASS MEMBER AND DO NOTHING AT THIS POINT. AN INVESTOR'S ABILITY TO SHARE IN ANY POTENTIAL FUTURE RECOVERY IS NOT DEPENDENT UPON SERVING AS LEAD PLAINTIFF.

Follow us for updates on LinkedIn: https://www.linkedin.com/company/the-rosen-law-firm or on Twitter: https://twitter.com/rosen_firm or on Facebook: https://www.facebook.com/rosenlawfirm.

Rosen Law Firm represents investors throughout the globe, concentrating its practice in securities class actions and shareholder derivative litigation. Rosen Law Firm was Ranked No. 1 by ISS Securities Class Action Services for number of securities class action settlements in 2017. The firm has been ranked in the top 4 each year since 2013. Rosen Law Firm achieved the largest ever securities class action settlement against a Chinese Company at the time. Rosen Law Firm's attorneys are ranked and recognized by numerous independent and respected sources. Rosen Law Firm has secured hundreds of millions of dollars for investors.

Attorney Advertising. Prior results do not guarantee a similar outcome.

## Contacts

Laurence Rosen, Esq.

Phillip Kim, Esq.

The Rosen Law Firm, P.A.

275 Madison Avenue, 40th Floor

New York, NY 10016

Tel: (212) 686-1060

Toll Free: (866) 767-3653

Fax: (212) 202-3827

case@rosenlegal.com

www.rosenlegal.com

---

**Industry:**    Class Action Lawsuit    Professional Services    Legal

**THE ROSEN LAW FIRM, P.A.**

⤴ NASDAQ:QMCO

---

**RELEASE VERSIONS**

English

---

**CONTACTS**

Laurence Rosen, Esq.

Phillip Kim, Esq.

The Rosen Law Firm, P.A.

275 Madison Avenue, 40th Floor

New York, NY 10016

Tel: (212) 686-1060

Toll Free: (866) 767-3653

Fax: (212) 202-3827

case@rosenlegal.com

www.rosenlegal.com

# More News From The Rosen Law Firm, P.A.

🔊 Get RSS Feed

## Rosen Law Firm Urges Avantor, Inc. (NYSE: AVTR) Stockholders with Losses in Excess of $100K to Contact the Firm for Information About Their Rights

NEW YORK--(BUSINESS WIRE)--Rosen Law Firm, a global investor rights law firm, announces that a shareholder filed a class action lawsuit on behalf of purchasers and acquirers of Avantor, Inc. (NYSE: AVTR) common stock between March 5, 2024 and October 28, 2025, both dates...

## Rosen Law Firm Encourages Braskem S.A. Investors to Inquire About Securities Class Action Investigation – BAK

NEW YORK--(BUSINESS WIRE)--Why: Rosen Law Firm, a global investor rights law firm, announces an investigation of potential securities claims on behalf of shareholders of Braskem S.A. (NYSE: BAK) resulting from allegations that Braskem may have issued materially misleadin...

## Rosen Law Firm Encourages Tvardi Therapeutics, Inc. Investors to Inquire About Securities Class Action Investigation – TRVD

NEW YORK--(BUSINESS WIRE)--Why: Rosen Law Firm, a global investor rights law firm, announces an investigation of potential securities claims on behalf of shareholders of Tvardi Therapeutics, Inc. (NASDAQ: TRVD) resulting from allegations that Tvardi Therapeutics may...

**Back to Newsroom** →

# Wish your news had this kind of reach?

Sign Up

Learn About Business Wire



## Company

About Business Wire

Careers

Media Center

## Services

Press Release Distribution

Visibility & Engagement

Complimentary Features

Investor Communications

Reporting & Analytics

## Solutions

PR Professionals

IR Professionals

Agencies

Public Companies

Explore by Industry

## Newsroom

Industries

Subjects

Languages

**Resources**

**Blog**

**For Journalists**

**Sign Up**



© 2025 Business Wire, Inc.

Privacy Policy    Cookie Policy    Copyright    Accessibility Statement    Terms of Use

